EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Germán R. A. Monroig Pomales | 2021 TSPR 103

207 DPR _____ |

Número del Caso:  TS-14,150


Fecha:  9 de julio de 2021


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Germán R. A. Monroig Pomales

TS-14,150

## RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de julio de 2021.

Examinada la *Moción en cumplimiento de orden* presentada por el Sr. Germán R. A. Monroig Pomales, el Tribunal se da por enterado. En consecuencia, **se reinstala** al señor Monroig Pomales al ejercicio de la abogacía y la notaría. Se advierte que la reinstalación a la notaría está condicionada a que el letrado acredite la adquisición de una fianza notarial buena y válida.

Además, se le apercibe al señor Monroig Pomales, que en el futuro deberá cumplir cabalmente con las disposiciones de la Ley Notarial y su Reglamento y que el incumplimiento con nuestras órdenes podrá conllevar sanciones disciplinarias severas.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y los Jueces Asociados señores Martínez Torres y Colón Pérez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo